UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARBARA J. VALDEZ, | ) | No. CV 09-8440-RC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

    IT IS ADJUDGED that the complaint and action be dismissed without prejudice.

DATED: August 6, 2010     /S/ ROSALYN M. CHAPMAN
                                          ROSALYN M. CHAPMAN
                                 UNITED STATES MAGISTRATE JUDGE

R&R-MDO\09-8440.jud
7/20/10